## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALPINE EQUIPMENT FUNDING, INC., A CALIFORNIA CORPORATION | : | No. 238 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| U.S. SEWER AND DRAIN CAYMAN, LTD., ALSO KNOWN AS U.S. SEWER AND DRAIN CAYMAN, LLC; U.S. SEWER AND DRAIN, INC., A PENNSYLVANIA CORPORATION; JEREMEY R. BOWMAN, AN INDIVIDUAL; U.S. PIPELINING, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY; AND LISA G. BOWMAN, AN INDIVIDUAL | : | |
| | : | |
| PETITION OF: U.S. PIPELINING, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY; AND LISA G. BOWMAN, AN INDIVIDUAL | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.